IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHRISTOPHER JOHN SEDILLO,

    Plaintiff,

v.                                                                              No. 22-cv-0700 JCH-KRS

BERNALILLO COUNTY
METROPOLITAN DETENTION CENTER,

    Defendant.

## ORDER TO CURE DEFICIENCIES

This matter is before the Court on Plaintiff Christopher John Sedillo's Letter Regarding Civil Rights Claims (Doc. 1). Plaintiff is detained at the Metropolitan Detention Center in Albuquerque, New Mexico and is proceeding *pro se*. The Letter indicates he wishes to file a civil rights complaint regarding his conditions of confinement. On September 22, 2022, the Clerk's Office mailed Plaintiff a blank civil rights complaint along with a blank motion to proceed *in forma pauperis*. Plaintiff must return that completed civil rights complaint within thirty (30) days of entry of this Order. By the same deadline, Plaintiff must also prepay the $402 filing fee or, alternatively, file a motion to proceed *in forma pauperis* along with an inmate account statement reflecting transitions for a six-month period. If Plaintiff has not been detained for six months, he should submit an account statement reflecting transactions from the date of his arrest through the date of case commencement (September 22, 2022). The failure to timely comply with both directives in this Order (*i.e.,* file a completed civil rights complaint and either prepay the filing fee or submit an *in forma pauperis* motion that attaches an inmate account statement) will result in dismissal of this case without further notice.

**IT IS ORDERED** that within thirty (30) days, Plaintiff must: (1) file a complaint using the proper civil rights form; and (2) prepay the $402 filing fee or submit an *in forma pauperis* motion that attaches an inmate account statement.

_____
UNITED STATES MAGISTRATE JUDGE