## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

CHRISTOPHER JOHNATHAN SEDILLO,

    Plaintiff,

v.                                                                                     No. 22-cv-0700 JCH-KRS

BERNALILLO COUNTY
METROPOLITAN DETENTION CENTER, *et al*,

    Defendants.

## ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte* in connection with Plaintiff's *pro se* Prisoner Letter-Complaint (Doc. 1).   Plaintiff filed this case while detained at the Metropolitan Detention Center (MDC).   A recent mailing to Plaintiff was returned as undeliverable with the notation "Not in Custody."   (Doc. 5).   It appears Plaintiff severed contact without advising the Court of his new address, as required by D.N.M. LR-Civ. 83.6.   Plaintiff must notify the Clerk of his current address within thirty (30) days of entry of this Order.   *See Bradenburg v. Beaman,* 632 F.2d 120, 122 (10th Cir. 1980) ("It is incumbent on litigants, even those proceeding *pro se*, to follow the federal rules of procedure .... The same is true of simple, nonburdensome local rules....") (citations omitted).   Failure to timely comply will result in dismissal of this action without further notice.

**IT IS ORDERED** that within thirty (30) days of entry of this Order, Plaintiff shall notify the Clerk's Office in writing of his current address or show cause why this case should not be dismissed.

_____
UNITED STATES MAGISTRATE JUDGE